# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Chris Langer,<br><br>    Plaintiff,<br><br>vs.<br><br>George S. Stern; et al.,<br><br>    Defendants. | Case No. 2:19-cv-02151-AB (JEMx)<br><br>**JUDGMENT** |

This action came on for hearing before this Court on November 22, 2019, the Hon. ANDRÉ BIROTTE, JR., District Court Judge Presiding, on a Motion for Summary Judgment filed by Defendant Miguel Angel Martinez Velasco, which was joined by Co-Defendants, George S. Stern and Adele R. Stern ("Defendants"), on the grounds of mootness and lack of standing under the ADA on Plaintiff Chris Langer's ("Plaintiff") Complaint. The evidence presented having been fully considered, the issues having being duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiff takes nothing by his complaint, the action is **DISMISSED** on the merits, supplemental jurisdiction is **DECLINED** pursuant to 28 U.S.C. section 1367(c)(3), and Defendants are entitled to recover their costs.

Dated: December 17, 2019

HON. ANDRE BIROTTE, JR.
United States District Court Judge